428 A.2d 668

Commonwealth v. Bickel, Appellant.

Submitted November 16, 1979. M. Dan Mason, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.